FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

|  |  |  |
|---|---|---|
| KIBRA B. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-CV-03111-MKD |
| | ) | |
| | ) | |
| ANDREW M. SAUL, Commissioner of Social Security | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED.
           Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED.
           Judgment is entered for Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    MARY K. DIMKE    on motions for
     Summary Judgment (ECF Nos. 15 and 17).

Date:   August 7, 2019 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Melissa Orosco _____
*(By) Deputy Clerk*

Melissa Orosco _____